UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:20-CR-418-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| | ) | |
| KATHRYN SMITH WORLEY, | ) | |
| Defendant | ) | |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 70 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 12 day of January, 2021.

_____
The Honorable James C. Dever III
United States District Court Judge